# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| COOLTVNETWORK.COM, INC., | : |
| Plaintiff, | : |
| v. | : C.A. No. 19-00291-LPS-JLH |
| BLACKBOARD INC., | : JURY TRIAL DEMANDED |
| Defendant. | : |
| COOLTVNETWORK.COM, INC., | : |
| Plaintiff, | : |
| v. | : C.A. No. 19-00292-LPS-JLH |
| FACEBOOK, INC., | : JURY TRIAL DEMANDED |
| Defendant. | : |
| COOLTVNETWORK.COM, INC., | : |
| Plaintiff, | : |
| v. | : C.A. No. 19-00293-LPS-JLH |
| INTERNATIONAL BUSINESS MACHINES CORPORATION, | : JURY TRIAL DEMANDED |
| Defendant. | : |

1

| | |
|---|---|
| COOLTVNETWORK.COM, INC., : <br> : <br> Plaintiff, : <br> : <br> v. : <br> : <br> KALTURA, INC., : <br> : <br> Defendant. : | C.A. No. 19-00294-LPS-JLH <br><br> JURY TRIAL DEMANDED |
| COOLTVNETWORK.COM, INC., : <br> : <br> Plaintiff, : <br> : <br> v. : <br> : <br> LIMELIGHT NETWORKS, INC., : <br> : <br> Defendant. : | C.A. No. 19-295-LPS-JLH <br><br> JURY TRIAL DEMANDED |
| COOLTVNETWORK.COM, INC., : <br> : <br> Plaintiff, : <br> : <br> v. : <br> : <br> MICROSOFT CORPORATION : <br> : <br> Defendant. : | C.A. No. 19-296-LPS-JLH <br><br> JURY TRIAL DEMANDED |
| COOLTVNETWORK.COM, INC., : <br> : <br> Plaintiff, : <br> : <br> v. : <br> : <br> OOYALA, INC., : <br> : <br> Defendant. : | C.A. No. 19-297-LPS-JLH <br><br> JURY TRIAL DEMANDED |

| | |
|---|---|
| COOLTVNETWORK.COM, INC., <br><br> Plaintiff, <br><br> v. <br><br> SNAP, INC., <br><br> Defendant. | : <br> : C.A. No. 19-534-LPS-JLH <br> : <br> : JURY TRIAL DEMANDED |
| COOLTVNETWORK.COM, INC., <br><br> Plaintiff, <br><br> v. <br><br> TRAPELO CORP., <br><br> Defendant. | : <br> : C.A. No. 19-535-LPS-JLH <br> : <br> : JURY TRIAL DEMANDED |

**PROPOSED ORDER GRANTING**
**MOTION FOR LEAVE TO WITHDRAW AS COUNSEL**

Having considered Plaintiff's Motion for Leave to Withdraw as Counsel ("Motion"), IT IS HEREBY ORDERED that the Motion is granted.

**[DEFENDANTS' PROPOSED LANGUAGE]:** Plaintiff has thirty (30) days from the date of this Order to identify substitute counsel and enter an appearance on its behalf. If Plaintiff fails to have counsel enter an appearance within the thirty (30) days, the Court will consider Plaintiff in default and will consider motions for default judgment, dismissal with prejudice or other appropriate relief from the defendants.

**SO ORDERED THIS** \_\_\_\_ day of November, 2020.

_____
UNITED STATES DISTRICT JUDGE